# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JEFFERY PERKINS,**

    **Petitioner,**

**v.**                                       **Case No. 3:12cv282/LC/CJK**

**MICHAEL D. CREWS,**

    **Respondent.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 11, 2013. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of

conviction and sentence in *State of Florida v. Jeffery Scott Perkins* in the Circuit Court for Okaloosa County, Florida, Case Nos. 07-CF-2319 and 07-CF-2785 is DENIED, and the Clerk is directed to close the file.

3. A certificate of appealability be DENIED.

DONE AND ORDERED this 17th day of January, 2014.

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**